# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL RAMON OCHOA,

    Petitioner

    v.

DR. ARTHUR LEVINE; UNIVERSITY OF PITTSBURGH BOARD OF TRUSTEES; UPMC BOARD OF DIRECTORS; DAVID S. POLLOCK, BRIAN C. VERTZ; BENJAMIN E. ORSATTI; POLLOCK BEGG KOMAR GLASSER VERTZ LLC; DR. GEORGE K. MICHALOPULOS; DR. ANTHONY JAKE DEMETRIS; PRESTON G. ATHEY; ZACHARY LEHMAN; THE HILL SCHOOL; DR. ANNE THOMPSON; DR. PARMJEET S. RANDHAWA; DR. MICHAEL A. NALESNIK; DR. MARTA I. MINERVINI; DR. TONG WU; THOMAS E. STARZL TRANSPLANTATION INSTITUTE; DR. MUKESH SAH; DR. PIERRE AZZAM; DR. ROLF G. JACOB; DR. DUANE G. SPIKER; DR. SAMUEL WESMORELAND; WESTERN PSYCHIATRIC INSITITUTE AND CLINIC; DR. ERIN RUBIN,

    Respondents

: No. 270 WAL 2022
:
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.